NUMBER 13-02-148-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

RODOLFO
JUAN MORALES,                                                  Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

____________________________________________________________________

 

                        On appeal from the 197th District Court 

                                 of Cameron County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

                     Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, RODOLFO
JUAN MORALES, attempted to perfect an appeal from a judgment entered by the
197th District Court of Cameron County,
Texas.  Sentence in this cause was
imposed on September 22, 2000. 
A timely motion for new trial was filed on October 23, 2000.   The notice of appeal was due to be filed on December 21, 2000, but was not filed until December
21, 2001.   Said notice of appeal is
untimely filed. 

Tex. R. App. P. 26.3
provides that the court of appeals may grant an extension of time for filing
notice of appeal if such notice is filed within  fifteen days of the last day allowed
and within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. 
Appellant failed to file his notice of appeal and a motion requesting an
extension of time within such period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 23rd day
of May, 2002.